**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Orin Snyder
Direct: +1 212.351.2400
Fax: +1 212.351.6335
OSnyder@gibsondunn.com

February 25, 2019

VIA ECF

The Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:     Christian Charles v. Jerry Seinfeld, et al., 18-CV-01196 (AJN) (KHP)

Dear Judge Parker:

On behalf of Defendants, I respectfully request an adjournment of the Initial Case Management Conference currently scheduled for Monday, March 4, 2019 at 10:00 a.m.

On November 6, 2018, the parties jointly requested that the conference be scheduled after Judge Nathan rules upon Defendants' pending motion to dismiss. Dkt. No. 86. The Court granted this request on November 7, 2018 and scheduled the conference for March 4, 2019. Dkt. No. 87.

Defendants are unable to appear on March 4 due to out-of-state travel. Further, Defendants' motion to dismiss remains pending. In accordance with the parties' prior request, *see* Dkt. No. 86, Defendants respectfully request that the Initial Case Management Conference be adjourned until after Judge Nathan rules upon Defendants' motion to dismiss.

Plaintiff has agreed to this request with the caveat that, in the event Defendants' motion to dismiss is decided by March 4, Plaintiff respectfully requests that the adjournment not exceed two weeks. Defendants consent to this request, subject to the Court's availability.

This is the parties' fifth request to adjourn this conference.

We thank the Court for its kind consideration.

GIBSON DUNN

February 25, 2019
Page 2

Respectfully,

/s/ Orin Snyder

Orin Snyder

cc: All Counsel of Record (via ECF)