**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Orin Snyder
Direct: +1 212.351.2400
Fax: +1 212.351.6335
OSnyder@gibsondunn.com

July 29, 2019

VIA ECF

The Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   Christian Charles v. Jerry Seinfeld, et al., 18-CV-01196 (AJN) (KHP)

Dear Judge Parker:

I write jointly on behalf of the parties in this matter to respectfully request that the Court reconsider its denial of the parties' joint request to adjourn the Initial Case Management Conference (the "Conference") currently scheduled for Monday, August 5, 2019 at 11:15 a.m.  See Dkt. No. 103.

On November 6, 2018, the parties jointly requested that the Conference be scheduled after Judge Nathan rules upon Defendants' pending motion to dismiss the Second Amended Complaint.  Dkt. No. 86.  The Court granted this request on November 7, 2018 and scheduled the conference for March 4, 2019.  Dkt. No. 87.  With Defendants' motion to dismiss pending, the parties requested four further adjournments of the Conference, all of which the Court granted.  See Dkt. Nos. 94, 96, 98, 100.

On July 26, 2019, the parties renewed their joint request that the Court adjourn the Conference while the motion to dismiss remains pending.  Dkt. No. 102.  On July 29, 2019, the Court denied the parties' adjournment request.  Dkt. No. 103.

In accordance with the parties' five prior adjournment requests, all of which the Court granted, see Dkt. Nos. 87, 94, 96, 98, 100, the parties respectfully request that the Court reconsider its denial of the parties' sixth joint request to adjourn the Conference.  The parties are in agreement that an adjournment of the Conference and a stay of discovery until after the adjudication of Defendants' motion to dismiss would be in the interest of judicial economy and conserve the parties' resources.

**GIBSON DUNN**

July 29, 2019
Page 2

In the alternative, in the event that the Court requires a date for the Conference to be placed on the calendar, the parties renew their joint request of an adjournment of not less than three weeks, and that discovery be stayed until the motion to dismiss is decided.

We thank the Court for its kind consideration.

Respectfully,

/s/ Orin Snyder

Orin Snyder

cc: All Counsel of Record (via ECF)