UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTIAN CHARLES,<br><br>                Plaintiff,<br><br>    v.<br><br>JERRY SEINFELD, COLUMBUS 81 PRODUCTIONS, INC., EMBASSY ROW, LLC, COMEDIANS IN CARS, LLC, SONY PICTURES TELEVISION INC., and NETFLIX, INC.,<br><br>                Defendants. | No. 18 Civ. 01196 (AJN) (KHP) |

**DEFENDANTS JERRY SEINFELD, COLUMBUS 81 PRODUCTIONS, INC., AND COMEDIANS IN CARS, LLC**
**NOTICE OF MOTION FOR ATTORNEYS' FEES AND COSTS**

**PLEASE TAKE NOTICE** that, based upon the accompanying Memorandum of Law, dated October 15, 2019, and the accompanying declaration of David M. Kusnetz, dated October 15, 2019, together with the exhibits attached thereto, as well as all prior pleadings and proceedings had herein and such argument as may be received by this Court at the time of a hearing, Defendants Jerry Seinfeld, Columbus 81 Productions, Inc., and Comedians in Cars, LLC, through their undersigned attorneys, move this Court, before the Honorable Alison J. Nathan, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, Courtroom 906, on a date and at a time designated by the Court, for an award of attorneys' fees and costs pursuant to Section 505 of the Copyright Act and Rule 54 of the Federal Rules of Civil Procedure, together with such other and further relief as the Court may deem just and proper.

| | |
|---|---|
| Dated: New York, New York<br>October 15, 2019 | Respectfully Submitted,<br><br>GIBSON, DUNN & CRUTCHER LLP<br><br>By:   /s/ Orin Snyder<br><br>Orin Snyder<br>David M. Kusnetz<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: (212) 351-4000<br>Facsimile:  (212) 351-4035<br>osnyder@gibsondunn.com<br>dkusnetz@gibsondunn.com<br><br>*Attorneys for Defendants Jerry Seinfeld, Columbus 81 Productions, Inc., Embassy Row, LLC, Comedians in Cars, LLC, Sony Pictures Television Inc., and Netflix, Inc.* |