# EXHIBIT F

GIBSON, DUNN & CRUTCHER LLP
*Charles v. Seinfeld, et al*. No. 18 Civ. 01196 (AJN)
COSTS SUMMARY
FROM INCEPTION THROUGH MAY 22, 2020

| Category | Description | Cost |
|---|---|---|
| Legal Research | Westlaw, Bloomberg Law, PACER | $63,818.40 |
| Electronic Discovery | Database hosting fees | $29,161.26 |
| Messenger and Courier services | Federal Express and SDS Global Logistics, Inc. | $532.24 |
| Duplication | In-House Duplication | $1,296.70 |
| **Total** | | **$94,808.60** |