

# CLARK GULDIN
## ATTORNEYS AT LAW

August 18, 2020

Honorable Katherine H. Parker
United States Magistrate Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:  *Charles v. Seinfeld, et al.*; **Docket No. 18-CV-1196 (AJN)(KHP)**

Dear Judge Parker:

I represent plaintiff Christian Charles.  Defendants' Motion For Attorneys' Fees and Costs has now been fully briefed.  Pursuant to Section III (e) of Your Honor's Individual Practice Rules, Mr. Charles respectfully requests oral argument on the motion.


Respectfully submitted,

s/s Peter L. Skolnik, Esq.
   Peter L. Skolnik (PLS 4876)
*Attorney for Christian Charles*

cc:    Orin Snyder, Esq. (via ECF)
        Hon. Alison J. Nathan, U.S.D.J. (via ECF)