

# CLARK GULDIN
## ⹀ ATTORNEYS AT LAW ⹀

March 22, 2021

<u>VIA ECF</u>

The Honorable Alison J. Nathan
United States District Judge
United States District Court
for the Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007

Re:              <u>Christian Charles v. Jerry Seinfeld, et al.</u>, 18-CV-01196 (AJN) (KHP)

Dear Judge Nathan:

I respectfully request leave to file a reply to Defendant's March 18, 2021 submission. Instead of addressing "the relative financial strength of the parties," Defendant argues, among other things, that counsel be held jointly and severally liable for fees and costs. If the Court were to indulge this newly minted argument, then Plaintiff's counsel would like the opportunity substantively to address it.

I thank the Court for its kind consideration of this matter.

Respectfully submitted,


<u>s/s Peter L. Skolnik, Esq.</u>
       Peter L. Skolnik (PLS 4876)
*Attorney for Christian Charles*

cc:      Orin Snyder, Esq. (via ECF)