UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/21/21

Christian Charles,

                Plaintiff,

–v–

Jerry Seinfeld, et al.,

                Defendants.

18-cv-1196 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      Plaintiff's memorandum of law and Mr. Charles's declaration filed March 12, 2021, reference tax returns and other financial documents submitted to the Court for *in camera* review. Dkt. No. 151. The Court is not in receipt of these documents nor has it received a request to maintain these documents under seal. Plaintiff is ordered to submit these documents to the Court, and make any request to seal information pursuant to the Court's Individual Rules, by December 27, 2021.

      SO ORDERED.

Dated: December 21, 2021
      New York, New York

                                                     ALISON J. NATHAN
                                                     United States District Judge