```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/25/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Christian Charles,

                 Plaintiff,            18 **CIVIL** 1196 (AJN)

    -against-             **JUDGMENT**
                                          **For Attorney's Fees and Costs**

Jerry Seinfeld, et al.,

                 Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated March 25, 2022, the Court has GRANTED IN PART Defendants' motion for fees. The Court has awarded Defendants $28,750 in attorneys' fees and $92 in costs for a total of $28,842. The Court further awards mandatory interest to Defendants at the rate specified in 28 U.S.C. § 1961(a) running from the date of judgment. Charles and his counsel, Mr. Peter Skolnik, are jointly and severally liability for the payment of this award. If Charles so chooses, he may make these payments in equal monthly installments over a ten-year period. Judgment is hereby entered.

**Dated:**  New York, New York
          March 25, 2022

                                              **RUBY J. KRAJICK**

                                              **Clerk of Court**
                 **BY:**
                                             */s/ Mango*
                                             **Deputy Clerk**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Christian Charles,

                Plaintiff,

     -against-

Jerry Seinfeld, et al.,

                Defendants.
-------------------------------------------------------------X

18 CIVIL 1196 (AJN)

**JUDGMENT**
**For Attorney's Fees and Costs**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated March 25, 2022, the Court has GRANTED IN PART Defendants' motion for fees. The Court has awarded Defendants $28,750 in attorneys' fees and $92 in costs for a total of $28,842. The Court further awards mandatory interest to Defendants at the rate specified in 28 U.S.C. § 1961(a) running from the date of judgment. Charles and his counsel, Mr. Peter Skolnik, are jointly and severally liability for the payment of this award. If Charles so chooses, he may make these payments in equal monthly installments over a ten-year period. Judgment is hereby entered.

**Dated:** New York, New York
       March 25, 2022

                                                    **RUBY J. KRAJICK**

                                                      **Clerk of Court**
                            BY: *K Mango*
                                                       **Deputy Clerk**